

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

**UNITED STATES OF AMERICA**

v.                                CRIMINAL NO. 3:26-cr-00005
                                  29 U.S.C. § 501(c)

**JAMES BURKE**

### I N F O R M A T I O N

The Acting United States Attorney Charges:

From at least on or about August 15, 2022, through on or about September 11, 2023, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant, JAMES BURKE, while an officer, that is, the financial secretary, of the International Brotherhood of Electrical Workers Local Union 549, a labor organization engaged in an industry affecting interstate and foreign commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization.

In violation of Title 29, United States Code, Section 501(c).

## NOTICE OF FORFEITURE

The allegation contained in the single-count Information is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and Rule 32.2 of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of the offense in violation of 29 U.S.C. § 501(c), as set forth in this single-count Information, defendant JAMES BURKE shall forfeit to the United States of America, any property, real or personal which constitute or are derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense. The property to be forfeited includes, but is not limited to, a money judgment in the amount of at least $40,011.46, such amount constituting the proceeds of the violation set forth in this Information.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

                           MOORE CAPITO
                           United States Attorney

By: _____
                           Gabriel C. Price
                           Assistant United States Attorney